IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROGER COCKER** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )    **Cause No. 12-1239-DRH-DGW** |
| | ) |
| **TERMINAL RAILROAD** | ) |
| **ASSOCIATION OF ST. LOUIS** | ) |
| **PENSION PLAN FOR** | ) |
| **NONSCHEDULE EMPLOYEES** | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

THIS MATTER coming before the Court following the Court's ruling on liability in favor of the Plaintiff, Roger Cocker (Doc. 56). The parties have met and conferred with respect to the judgment amounts; and following the parties' meeting and agreement as to the sums at issue;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Roger Cocker, is awarded past due benefits in the amount of $555.53 per month from February 1, 2010 to July 1, 2015 for a total of 65 months for a total of $36,109.45. In addition, Plaintiff, Roger Cocker will be entitled to prejudgment interest at the rate of 3.25% and in the amount of $3,316.99. Plaintiff, Roger Cocker also will be entitled to attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g) in the amount of $53,500.

In addition thereto, Plaintiff, Roger Cocker's monthly benefit under the Terminal Railroad Association of St. Louis Pension Plan for Nonschedule

- 2 -

Employees ("Plan"), beginning July 1, 2015, shall be in the amount of $1,968.82 subject to the Plan's applicable terms and conditions as to eligibility and durational limits.

July 15, 2015

                              **JUSTINE FLANAGAN,**
                              **ACTING CLERK OF COURT**

                          BY:    /s/*Caitlin Fischer*
                                **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.07.15 15:27:09 -05'00'

Approved:
    David R. Herndon
    United States District Court Judge