IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROGER COCKER,

Plaintiff,

v.            No. 12-1239-DRH

TERMINAL RAILROAD
ASSOCIATION OF ST. LOUIS
PENSION PLAN FOR
NONSCHEDULE EMPLOYEES,

Defendant.

## ORDER

**HERNDON, District Judge:**

Today, the Seventh Circuit Court of Appeals issued its Mandate reversing the judgment in this case with instructions to dismiss the suit with prejudice (Doc. 78). Thus, the Court **DISMISSES with prejudice** this matter. The Court **DIRECTS** the Clerk of the Court to enter judgment.

**IT IS SO ORDERED.**

Signed this 7th day of April, 2016.

Digitally signed by
Judge David R. Herndon
Date: 2016.04.07
14:46:36 -05'00'

United States District Court