UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ROGER COCKER**,

    **Plaintiff,**

v.

**TERMINAL RAILROAD
ASSOCIATION OF ST. LOUIS
PENSION PLAN FOR
NONSCHEDULE EMPLOYEES**,

    **Defendants.**                          No. 12-cv-1239-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court on remand from the Seventh Circuit Court of Appeals.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 7, 2016 (Doc. 79), this case is **DISMISSED** with prejudice.

                                     JUSTINE FLANAGAN,
                                     ACTING CLERK OF COURT

                                     BY:     /s/*Caitlin Fischer*
                                                   **Deputy Clerk**

Dated: April 7, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.04.07
14:50:43 -05'00'

APPROVED:
         U.S. DISTRICT JUDGE
         U. S. DISTRICT COURT